```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MURASHEA BOVELL,

                        Plaintiff,
                                                              ORDER
v.
                                                              No. 21-CV-01621 (PMH)
CITY OF MOUNT VERNON, New York,
et al.,
                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

On May 25, 2021, Plaintiff filed eight affidavits of service of summonses and the Complaint, stating that defendants the City of Mount Vernon, Glenn Scott, Gregory Addison, Michael Kushnir, Richton Ziadie, Shawn Harris, and Angeles Cheung were each served on May 17, 2021, and that defendant Gary Ishkanian was served on May 18, 2021. (*See* Docs. 7-14). Defendants were required to respond to the Complaint by June 7 and June 8, 2021 respectively. (*Id*.). On July 21, 2021, the Court issued a Notice of Initial Conference, scheduling an initial pretrial conference for October 6, 2021 at 9:30 a.m. (Doc. 15). The parties were to file a proposed case management plan no later than one week before the initial pretrial conference. (*Id*.).

To date, Defendants have not appeared in this case nor have they timely responded to the Complaint. The parties have likewise failed to file the proposed case management plan.

Accordingly, it hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the proposed case management plan as soon as possible and no later than **October 5, 2021 at noon,** and shall explain why they have not complied with the Court's deadlines. If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, no later than **October 5, 2021 at noon**, Plaintiff shall

file a letter (1) requesting adjournment of the initial pretrial conference for up to 30 days; and (2) proposing a date prior to the requested new conference date to present an Order to Show Cause for default judgment and related papers as provided in the Court's Individual Practices.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendants, and shall file proof of such service no later than **October 13, 2021**.

Dated: White Plains, New York
       October 4, 2021

                                                        Philip M. Halpern
                                                        United States District Judge