PLAINTIFF'S PROPOSED DRAFT VERDICT SHEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MURASHEA BOVELL,

                Plaintiff,                21-CV-01621 (PMH)(AEK)

  -v-

CITY OF MOUNT VERNON, New York, GLENN SCOTT, individually and in his official capacity as Police Commissioner of the Mount Vernon Police Department, SHAWN HARRIS, individually and in his official capacity as former Police Commissioner of the Mount Vernon Police Department, RICHTON ZIADIE, individually and in his official capacity as Chief of Mount Vernon Police Department, GREGORY ADDISON, individually and in his official capacity within the Mount Vernon Police Department, MICHAEL KUSHNIR, individually and in his official capacity within the Mount Vernon Police Department, ANGELES CHEUNG, individually and in her official capacity within the Mount Vernon Police Department, GARY ISHKANIAN, individually, and in his official capacity within the Mount Vernon Police Department.

                Defendants.
------------------------------------------------------------------X

**Joint Proposed Verdict Sheet**

Plaintiff, as and for his proposed verdict sheet, set forth as follows:

## **LIABILITY**

1. Did Plaintiff prove by a preponderance of the evidence that one or more of the Defendants discriminated and/or retaliated against Plaintiff because he made reports of corruption, racism, sexism, and/or other improper conduct and/or policies by members of the Mount Vernon Police Department?

Yes_____     No_____

If you answered "No" to Question No. 1 do not answer Question No. 2 and proceed directly to Question No. 3. If you answered "Yes" to Question No. 1 complete Question No. 2.

2. Which of the following Defendants participated in discriminating and/or retaliating against Plaintiff as described in Question No. 1:

| | |
|---|---|
| Glenn Scott | _____ |
| Shawn Harris | _____ |
| Richton Zaidie | _____ |
| Gregory Addison | _____ |
| Michael Kushnir | _____ |
| Angeles Cheung | _____ |
| Gary Ishkanian | _____ |

3.  Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon knew of its employees' discriminatory and/or retalitory conduct as described in Question No. 1 and acquiesced in such conduct or failed to take appropriate corrective action,

    and/or

Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon employed a policy that permitted the Defendants to engage in such discriminating and/or retaliatory conduct as described in Question No. 1?

                                Yes\_\_\_\_\_    No\_\_\_\_\_

4.  Did Plaintiff prove by a preponderance of the evidence that one or more of the Defendants discriminated against him because of his race, color, ethnicity, or national origin,

    and/or

Did Plaintiff prove by a preponderance of the evidence that one or more of the Defendants retaliated against him because he made one or more complaints asserting that he and/or others were discriminated against based on race, color, ethnicity, or national origin?

                                Yes\_\_\_\_\_    No\_\_\_\_\_

If you answered "No" to Question No. 4, do not answer Questions Nos. 5 and 6 and proceed directly to Question No. 7. If you answered "Yes" to Question No. 4 complete Questions Nos. 5 and 6.

5.   Indicate which of the following Defendants participated in discriminating and/or retaliating against Plaintiff as described in Question No. 4:

|                    |         |
|--------------------|---------|
| Glenn Scott        | _____   |
| Shawn Harris       | _____   |
| Richton Zaidie     | _____   |
| Gregory Addison    | _____   |
| Michael Kushnir    | _____   |
| Angeles Cheung     | _____   |
| Gary Ishkanian     | _____   |

6.   Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon knew of its employees' racially discriminatory and/or retalitory conduct as described in Question No. 4 and acquiesced in such conduct or failed to take appropriate corrective action,

  and/or

  Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon employed a policy that permitted the Defendants to engage in racially discriminating and/or retaliatory conduct as described in Question No. 4?

                    Yes_____    No_____

7.	Did the Plaintiff prove by a preponderance of the evidence that he was "similarly situated" to one or more other officers in the Mount Vernon Police Department?

Yes_____	No_____

If your answer to Question No. 7 was "No", do not answer Questions Nos. 8, 9, and 10 and move directly to Question No. 11.  If your answer to Question No. 7 was "Yes", complete Question No. 8.

8.	Did the Plaintiff prove by a preponderance of that one or more of the Defendants singled out Plaintiff for adverse selective treatment as compared to the treatment of the similarly situated other officers because of Plaintiff's race?

Yes_____	No_____

If your answer to Question No. 8 was "No", do not answer Questions Nos. 9 and 10 and move directly to Question No. 11.  If your answer to Question No. 8 was "Yes", complete Questions Nos. 9 and 10.

9.  Identify which of the following Defendants participated in singling out of Plaintiff for adverse selective treatment as compared to the treatment of the "similarly situated" other officers because of Plaintiff's race, as described in Question No. 8:

|  |  |
|---|---|
| Glenn Scott | _____ |
| Shawn Harris | _____ |
| Richton Zaidie | _____ |
| Gregory Addison | _____ |
| Michael Kushnir | _____ |
| Angeles Cheung | _____ |
| Gary Ishkanian | _____ |

10. Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon knew of its employees' conduct as described in Question No. 8 and acquiesced in such conduct or failed to take appropriate corrective action,

    and/or

Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon employed a policy that permitted the Defendants to single Plaintiff out for adverse selective treatment as compared to the treatment of the similarly situated officers because of Plaintiff's race, as described in Question No. 8?

    Yes_____    No_____

11. Did Plaintiff prove by a preponderance of the evidence that he was subjected to a hostile work environment where he endured severe or pervasive and unwelcome harassment at work?

Yes_____    No_____

If your answer to Question No. 11 was "No", do not answer Questions Nos. 12 and 13 and move directly to Question No. 14. If your answer to Question No. 11 was "Yes", complete Questions Nos. 12 and 13.

12. Identify which of the following Defendants participated in creating the hostile work environment that caused the Plaintiff to be subjected to severe or pervasive and unwelcome harassment at work:

        Glenn Scott        _____

        Shawn Harris       _____

        Richton Zaidie      _____

        Gregory Addison    _____

        Michael Kushnir    _____

        Angeles Cheung    _____

        Gary Ishkanian     _____

13. Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon knew that the hostile work environment described in Question No. 11 existed and acquiesced in such conduct or failed to take appropriate corrective action, causing the Plaintiff to endure severe or pervasive and unwelcome harassment at work by the Defendants,

    and/or

Did the Plaintiff prove by a preponderance of the evidence that the City of Mount Vernon employed a policy that permitted the hostile work environment to exist, causing the Plaintiff to endure severe or pervasive and unwelcome harassment at work by the Defendants?

                      Yes\_\_\_\_\_     No\_\_\_\_\_

14. Did the Plaintiff prove by a preponderance of the evidence that one or more of the Defendants negligently inflicted extreme emotional distress upon Plaintiff?

                      Yes\_\_\_\_\_     No\_\_\_\_\_

15. Identify which of the following Defendants negligently inflicted extreme emotional distress upon Plaintiff:

| | |
|---|---|
| Glenn Scott | \_\_\_\_\_ |
| Shawn Harris | \_\_\_\_\_ |
| Richton Zaidie | \_\_\_\_\_ |
| Gregory Addison | \_\_\_\_\_ |
| Michael Kushnir | \_\_\_\_\_ |
| Angeles Cheung | \_\_\_\_\_ |
| Gary Ishkanian | \_\_\_\_\_ |

## DAMAGES

**If you selected "Yes" to any of the Questions above, complete Questions Nos. 16 to 21.**

### Economic Damages

16. Indicate below the total Economic Damages you award Plaintiff:

        Economic Damages:  $ _____

17. Apportion the amount of Economic Damages set forth in Question No. 16 among the following Defendants:

| Defendant | Amount |
|---|---|
| Glenn Scott | $ _____ |
| Shawn Harris | $ _____ |
| Richton Zaidie | $ _____ |
| Gregory Addison | $ _____ |
| Michael Kushnir | $ _____ |
| Angeles Cheung | $ _____ |
| Gary Ishkanian | $ _____ |
| The City of Mount Vernon | $ _____ |

### Emotional Damages

18. Indicate below the total in Emotional Damages you award Plaintiff:

        Emotional Damages:  $ _____

19. Apportion the amount of Emotional Damages set forth in Question No. 18 among the following Defendants:

        Glenn Scott        $ _____

        Shawn Harris        $ _____

        Richton Zaidie        $ _____

        Gregory Addison        $ _____

        Michael Kushnir        $ _____

        Angeles Cheung        $ _____

        Gary Ishkanian        $ _____

        The City of Mount Vernon        $ _____

**Physical Pain and Suffering**

20. Indicate below the total in Physical Pain and Suffering you award Plaintiff:

        Physical Pain and Suffering: $ _____

21. Apportion the amount of Physical Pain and Suffering set forth in Question No. 20 among the following Defendants:

        Glenn Scott        $ _____

        Shawn Harris        $ _____

        Richton Zaidie        $ _____

        Gregory Addison        $ _____

        Michael Kushnir        $ _____

|        |                         |    |
|--------|-------------------------|----|
|        | Angeles Cheung          | $ _____ |
|        | Gary Ishkanian          | $ _____ |
|        | The City of Mount Vernon| $ _____ |

## **PUNITIVE DAMAGES**

**If you selected "Yes" to Questions Nos. 1, 8, or 11, complete Questions 22 and 23.**

22. Set forth the total Punitive damages for that you award Plaintiff:

         Punitive Damages    $ _____

23. Apportion the amount of Punitive damages set forth in Question No. 22 among the following Defendants:

|        |                  |    |
|--------|------------------|----|
|        | Glenn Scott      | $ _____ |
|        | Shawn Harris     | $ _____ |
|        | Richton Zaidie   | $ _____ |
|        | Gregory Addison  | $ _____ |
|        | Michael Kushnir  | $ _____ |
|        | Angeles Cheung   | $ _____ |
|        | Gary Ishkanian   | $ _____ |

Dated: _____

                                                        _____
                                                        Jury Foreperson

Dated: July 29, 2022
      New York, New York

           **JOSEPH W. MURRAY, ESQ.**

           */s/ Joseph Murray*
           Joseph W. Murray, Esq.
           185 Great Neck Road, Suite 461
           Great Neck, New York 11021
           Cell Phone (718) 514-3855
           Office Phone (646) 838-1702
           Email: joe@jmurray-law.com

           **MANCILLA & FANTONE, LLP**

By:   */s/ Robert Fantone*
        Robert M. Fantone, Esq.
        260 Madison Avenue, 22nd Floor
        New York, NY 10016
        P: (646) 225 – 6686
        F: (646) 655 – 0269
        robert@law-mf.com

By:   */s/ Andrew Mancilla*
        Andrew Mancilla, Esq.
        andrew@law-mf.com

        *Attorneys for Plaintiff Bovell*

To:    All parties of record via ECF