UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MURASHEA BOVELL,                                                      21-CV-01621 (PMH)(AEK)

                       Plaintiff,

      -v-


CITY OF MOUNT VERNON, New York, GLENN SCOTT, individually and in his official capacity as Police Commissioner of the Mount Vernon Police Department, SHAWN HARRIS, individually and in his official capacity as former Police Commissioner of the Mount Vernon Police Department, RICHTON ZIADIE, individually and in his official capacity as Chief of Mount Vernon Police Department, GREGORY ADDISON, individually and in his official capacity within the Mount Vernon Police Department, MICHAEL KUSHNIR, individually and in his official capacity within the Mount Vernon Police Department, ANGELES CHEUNG, individually and in her official capacity within the Mount Vernon Police Department, GARY ISHKANIAN, individually, and in his official capacity within the Mount Vernon Police Department.

                       Defendants.
------------------------------------------------------------X

## NOTICE OF MOTIONS IN LIMINE

**PLEASE TAKE NOTICE** that upon the Declaration of Julie Pechersky Plitt, dated December 13, 2022, and the exhibits annexed thereto, the Memorandum of Law dated December 13, 2022, and upon all prior pleadings and proceedings had herein, Defendants will move this Court before the Honorable Andrew E. Krause, United States Magistrate Judge, at the United

States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601, in advance of trial for an Order pursuant to the Federal Rules of Evidence to exclude certain evidence at trial, and for further rulings regarding the admissibility of certain evidence, and relief as this Court may deem just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Court Order dated December 1, 2022, plaintiff's opposition is due by December 20, 2022.

Dated: White Plains, New York
December 13, 2022

OXMAN LAW GROUP, PLLC
*Attorneys for Defendants*

By: */s/ Julie Pechersky Plitt*
JULIE PECHERSKY PLITT, ESQ.
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900
(914) 422-3636 (Fax)
jplitt@oxmanlaw.com