UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MURASHEA BOVELL,

                Plaintiff,                        21 Civ. 1621 (AEK)

      -against-                             **ORDER**

CITY OF MOUNT VERNON,
NEW YORK, *et al.*,

                Defendants.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Having presided over a settlement conference earlier today, the Court understands that that the parties have reached a settlement in principle in this matter. Accordingly, it is hereby ORDERED that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within sixty (60) days of this Order. Any application to reopen that is filed after sixty (60) days from the date of this Order may be denied solely on that basis.

      The trial previously scheduled to begin on July 17, 2023 is hereby ADJOURNED *sine die*.

      The Clerk of Court is respectfully directed to close this case.

Dated: July 7, 2023
       White Plains, New York

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge